# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV11-06593 JAK (OPx) | Date | October 21, 2011 |
|---|---|---|---|
| Title | Edwin Figueroa v. Catalina Restaurant Group, Inc., et al | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On October 20, 2011, plaintiff filed "Notice of Settlement" [8]. The Court sets an Order to Show Cause re Dismissal for December 5, 2011 at 1:30 p.m. If the parties file a dismissal by December 2, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

All dates are vacated.

**IT IS SO ORDERED.**

:

Initials of Preparer   ak